# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEANNE COULSTON,**

      **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-1796-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 27)** |
| **FILED:** | **October 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

This cause came on for consideration without oral argument on the Unopposed Motion for Entry of Judgment with Remand filed by the Commissioner of Social Security, the defendant in this case. Doc. No. 27. The Commissioner requests that this matter be reversed and remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> [T]o have the Administrative Law Judge (ALJ) consider the Florida Department of Education, Division of Vocational Rehabilitation decision and take any further action needed to complete the administrative record and issue a new decision.

Doc. No. 27, at 1. Plaintiff Jeanne Coulston does not oppose the motion. *Id*.

Accordingly, the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, close the file.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties